**Order filed May 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00265-CV

_____

## IN RE ZURICH AMERICAN INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-58047**

---

## A B A T E M E N T   O R D E R

On April 30, 2012, the parties notified this court that the parties had reached an agreement to settle the issues in this original proceeding, and requested that the proceeding be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The proceeding is abated, treated as a closed case, and removed from this court's active docket until July 2, 2012. The proceeding will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the petition for writ of mandamus or other dispositive motion. The court will also consider an appropriate

motion to reinstate the proceeding filed by either party, or the court may reinstate the proceeding on its own motion.

PER CURIAM